IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILORAD OLIC,

    Plaintiff,

  vs.

CDCR DIRECTOR JEFFREY BEARD,

    Defendant.

                             /

No. 2:15-cv-1892-KJM-CMK

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).[1] The Clerk of the Court is directed to close this file.

    IT IS SO ORDERED.

DATED: April 18, 2018

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent petitioner is requesting the court refund the filing fee, there is no authority for such action. The statute requires prisoners to pay the full filing fee upon the filing of a civil action. See 28 U.S.C. § 1915(b). The granting of a motion to proceed in forma pauperis does not waive the obligation to pay the full filing fee. Rather, it provides for a partial initial payment and monthly payments thereafter until the filing fee is paid in full. Dismissal of an action, voluntarily or otherwise, does not cancel the obligation to pay the court filing fee.

1